UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE CHILDRESS, JR.,

                  Petitioner,                  Case Number: 4:10-CV-14725

v.                                     HONORABLE MARK A.
                                     GOLDSMITH

PATRICIA CARUSO, ET AL.,

                  Respondent.
                                              /

## **JUDGMENT**

       IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated

December 10, 2010, this cause of action is DISMISSED WITHOUT PREJUDICE.

       Dated at Flint, Michigan this 10th day of December, 2010.


                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                         BY:    s/Deborah J. Goltz
                                    DEBORAH J. GOLTZ


APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE